PLUMBING CO. v. ASSOCIATES

No. 21 PC.

Case below: 37 N.C. App. 149.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 October 1978.

RIGGS v. COBLE, SEC. OF REVENUE

No. 36 PC.

Case below: 37 N.C. App. 266.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 October 1978.

SCHELL v. RICE

No. 38 PC.

Case below: 37 N.C. App. 377.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 October 1978.

SELF v. SELF

No. 22 PC.

Case below: 37 N.C. App. 199.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.

STALLINGS v. STALLINGS

No. 197 PC.

Case below: 36 N.C. App. 643.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.